DAVID A. VANALSTYNE, JR. *vs.* RICHARD WHALEN. August 4, 1986. *Practice, Civil,* Additur, Damages. *Jury and Jurors. Damages,* Additur.

This case comes before us following our allowance of the plaintiff's application for further appellate review. We agree with the reasoning and conclusion of the Appeals Court. See *VanAlstyne* v. *Whalen,* 20 Mass. App. Ct. 239 (1985). We need add nothing. Accordingly, the judgment is reversed, and the case is remanded to the Superior Court for a new trial on damages.

*So ordered.*

*John J. C. Herlihy (Karen M. Thursby* with him) for the plaintiff.
*John F. Rogers* for the defendant.